IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GREGORY KONRATH, )
 )
        Plaintiff, )
 )
   v. ) Case No. 16 C 9539
 )
MICHAEL "MIGUEL" RUIZ, )
 )
        Defendant. )

## MEMORANDUM OPINION AND ORDER

Earlier this month this Court dismissed, on different grounds, two lawsuits brought by pro se plaintiff Gregory Konrath ("Konrath") -- both this action and his contemporaneously-filed Konrath v. State of Indiana, Case No. 16 C 9541. Nothing daunted, Konrath has now filed a self-prepared two-page hand-printed document that has paid no heed whatever to this Court's earlier holding that his claimed legal malpractice action against defendant Miguel Ruiz ("Ruiz") is barred by a long-standing Illinois statute that expressly prescribes a special statute of limitations applicable to claims alleging lawyer malpractice.

This time Konrath purports to invoke federal law, asserting the claimed violation of his rights under the Sixth and Fourteenth Amendments to the federal Constitution. But the Sixth Amendment's guaranty of the right to counsel relates only to <u>criminal</u> prosecutions and not to civil litigation, while the Fourteenth Amendment provides relief against certain conduct by <u>state</u> actors, not by private individuals such as Ruiz.[1]

---

[1] It should once again be understood that this Court expresses no views as to the viability or lack of viability of Konrath's substantive claims against Ruiz, and that is so simply because it need not do so to reconfirm its earlier dismissal of this action.

Accordingly Konrath's most recent submission is ordered stricken from the file as legally frivolous. No further attempted filings by him in this action will be accepted.

_____
Milton I. Shadur
Senior United States District Judge

Date: October 27, 2016